FRANK SPONZO ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF BLOOMFIELD

The plaintiffs' petition for certification for appeal
from the Appellate Court, 18 Conn. App. 814, is dismissed.

*Dan E. LaBelle,* in support of the petition.

*Bessye W. Bennett,* in opposition.

Decided May 11, 1989

CATHERINE BUCHETTO *v.* BENJAMIN J. HAGGQUIST

The plaintiff's petition for certification for appeal
from the Appellate Court, 17 Conn. App. 544, is denied.

*Stefan R. Underhill,* in support of the petition.

Decided May 18, 1989

STATE OF CONNECTICUT *v.* THOMAS SPEERS

The defendant's petition for certification for appeal
from the Appellate Court, 17 Conn. App. 587, is denied.

*Timothy C. Moynahan,* in support of the petition.

*John A. Connelly,* state's attorney, and *Joan K. Alexander,* assistant state's attorney, in opposition.

Decided May 18, 1989

STATE OF CONNECTICUT *v.* WILLIAM GEORGE

The defendant's petition for certification for appeal
from the Appellate Court, 17 Conn. App. 587, is denied.

*Frederick D. Paoletti,* in support of the petition.

*John A. Connelly,* state's attorney, and *Joan K. Alexander,* assistant state's attorney, in opposition.

Decided May 18, 1989